Charles SANFORD, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41975.

Missouri Court of Appeals,
Western District.

Nov. 28, 1989.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for appellant.

Daniel C. Miller, Sp. Public Defender, James A. Brightman, Asst. Sp. Public Defender, Kansas City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

Appeal from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).